1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| MICHAEL A. VIDAL, et al., | Case No.:  2:22-cv-00274-ART-BNW |
| Plaintiffs, | **ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR MICHAEL A. VIDAL AND ESTATE OF EVA RAMOS (THROUGH ITS ADMINISTRATOR JESSICA CLEMENTE) TO FILE AN OPPOSITION AND RESPONSE TO ECF NO. 44 (THE DEFENDANTS' MOTION TO DISMISS) WHICH SUBJECT MOTION WAS FILED ON JUNE 17, 2022** |
| v. | |
| VERIZON PENSION PLAN FOR ASSOCIATES, et al., | |
| Defendants. | |
| | **(FIRST REQUEST)** |

Now come Plaintiffs Michael A. Vidal and Estate of Eva Ramos (through its Administrator Jessica Clemente) (hereinafter collectively "Plaintiffs"), Conduent Incorporated, Conduent Business Services, LLC, Xerox Corporation, and Xerox HR Solutions, LLC (hereinafter collectively the "Conduent Defendants"), and Defendants Verizon Pension Plan for Associates, Verizon Employee Benefits Committee, Kevin Cammarata, Verizon California Inc., Verizon Communications Inc., Verizon Services Corp., and Verizon North. LLC, (hereinafter collectively the "Verizon Defendants"), and pursuant to LR IA 6-1, LR IA 6-2, LR 7-1, LR 7-2, Federal Rule of Civil

Procedure Rule 6 and any other applicable rule needed to effectuate this stipulation hereby stipulate and agree concerning the above captioned case (Case No. 2:20-cv-00924-ART-BNW (hereinafter referred to as the "Case" or "instant matter")) as follows:

WHEREAS, as the *all* parties that have appeared in the Case (including Conduent Defendants, Verizon Defendants and the Plaintiffs (hereinafter the Conduent Defendants, Verizon Defendants and Plaintiffs are collectively referred to as the "Stipulating Parties")) agreed, consented and stipulated between themselves to the stipulations, agreements, caveats, terms and conditions presented and embodied in a preceding stipulation (ECF No. 32) filed by the Conduent Defendants on June 6, 2022 (hereinafter ECF No. 32 is referred to as the "June 6th SAO")(the June 6th SAO is incorporated herein by reference).

WHEREAS, Stipulating Parties agreed, consented and stipulated to all stipulations, agreements, caveats, terms and conditions submitted to the Court in the June 6th SAO and whereas the aforesaid stipulations, agreements, caveats, terms and conditions where agreed and stipulated to—by the Stipulating Parties—in both the June 6th SAO (on the record) and emails (off the record) and whereas the June 6th SAO was a quid pro quo stipulation made in good faith and not made for purposes of delay (and based on the June 6th SAO the Conduent Defendants and Verizon Defendants were permitted by the Court to file their first responses in this Case within the extended stipulated period provided under the June 6th SAO (which each did on June 17, 2022)).

WHEREAS, the Conduent Defendants filed a motion to dismiss (ECF No. 44) (hereinafter referred to as the "Conduent MTD") on June 17, 2022 and in the Conduent MTD the Conduent Defendants also state they "join" the Verizon Defendants' preceding June 17, 2022 motion to dismiss (ECF No. 42).

WHEREAS, the Verizon Defendants also filed a motion to dismiss (ECF No. 42) (hereinafter referred to as the "Verizon MTD") on June 17, 2022 preceding the Conduent MTD and in the Verizon MTD the Verizon Defendants stated they "join" the Conduent Defendants' subsequent June 17, 2022 motion to dismiss (ECF No. 44).

WHEREAS, the Court has set July 1, 2022 as the last date that the Plaintiffs' can file responses and oppositions to the Conduent MTD (ECF. No. 44).

WHEREAS, the Court has also set July 1, 2022 as the last date that the Plaintiffs can file responses and oppositions to the Verizon MTD. (ECF. No. 42).

WHEREAS, the Conduent MTD and Verizon MTD each recite they "join" the other, but still remain two separate motions to dismiss that must be responded to (with an opposition and/or response for each) but bear the same due dates for oppositions and responses respectively which periods fully overlap and run concurrently (simultaneously).

WHEREAS, because of other litigation of lead counsel for the Plaintiffs, the dual overlapping motions-to-dismiss (one filed by Verizon Defendants and the other filed by Conduent Defendants respectively) filed by the defendants in this Case and a hand injury of lead counsel for the Plaintiffs (limiting certain hand use), the Plaintiffs have requested, and the Verizon Defendants and Conduent Defendants have agreed to, a 35-day extension of time until the end of **Friday**, **August 5, 2022**  to file an opposition (and/or response) to the Conduent MTD (and *all* arguments therein, inclusive of but limited to extending such period until the end of **Friday**, **August 5, 2022 to file** an opposition to the Conduent Defendants and any parties that joined the Conduent MTD).

WHEREAS, the Plaintiffs assert that the proposed requested 35-day extension from July 1, 2022 until the end of August 5, 2022 will allow the Plaintiffs to obtain the documents and information necessary to respond to (and oppose) the Conduent MTD and submit (and prepare) necessary filings.

WHEREAS, two different motions-to-dismiss were filed (by different defendants) in this Case on June 17, 2022 each respective motion with a due date to respond by July 1, 2022 which means the time for the Plaintiffs to respond to and oppose each such respective motion fully overlaps the other, and whereas each of the two aforesaid motions respectively requires a separate response from the Plaintiffs.

WHEREAS, in the June 6th SAO and in the Stipulating Parties' email communications the Stipulating Parties agreed and stated they "stipulate and agree that to the extent any of the Conduent Defendants or Verizon Defendants, in lieu of filing an answer to the SAC, files a motion pursuant to Fed. R. Civ. P. 12, Fed. R. Civ. P. 56 or any other rule that the time which Plaintiffs would otherwise be afforded to respond to such motion pursuant to Local Rule 7.2, Fed. R. Civ. P,  6 and any other

applicable rule shall be extended by an additional 35 days" and whereas the Conduent Defendants and Verizon Defendants state the Conduent MTD and the Verizon MTD are motions to dismiss. See ECF No. 32, ECF No. 42 and ECF No. 44.

WHEREAS, in the June 6th SAO and in the Stipulating Parties' email communications the Stipulating Parties agreed and stated, "the Parties further stipulate and agree that to the extent any of the Conduent Defendants or Verizon Defendants files a motion pursuant to Fed. R. Civ. P. 12, Fed. R. Civ. P. 56 or any other rule on or before June 17, 2022 that the time which Plaintiffs would otherwise be afforded to respond to such motion pursuant to Local Rule 7.2, Fed. R. Civ. P. 6 and any other applicable rule shall be extended by an additional 35 days", and whereas the Conduent Defendants and Verizon Defendants state the Conduent MTD and the Verizon MTD are motions to dismiss. See ECF No. 32, ECF No. 42 and ECF No. 44.

WHEREAS, this stipulation is filed prior to the current July 1, 2022 due dates (deadlines) to oppose, and respond to the Conduent MTD (ECF No. 44) and the Verizon MTD (ECF No. 42).

WHEREAS, Fed. R. Civ. P. 6(b) requires the Court to approve an extension of time to file oppositions and responses, and therefore the Plaintiffs, Conduent Defendants, and the Verizon Defendants collectively respectfully request that the Court approve the stipulation, and HEREBY STIPULATE AND AGREE as set forth below:

a.  This is the Stipulating Parties' ***first stipulation*** for an enlargement of time for the Plaintiffs to file an opposition and response to the Conduent MTD (ECF. No. 44)(and to also oppose and respond to any party that joined the Conduent MTD).

b.  The Stipulating Parties stipulate and agree that the deadline for the Plaintiffs to oppose and respond to the Conduent MTD (ECF No. 44) (including opposing the Conduent Defendants and any party who joins the Conduent MTD and any arguments the Conduent MTD has joined) shall be extended to 35-days from July 1, 2022 until the end of **August 5, 2022 such that the Plaintiffs shall have until the end of August 5, 2022 to oppose and respond to the Conduent MTD**; and

///
///

1    c.   This stipulation is made in good faith and not made for purposes of delay.

2

3        IT IS SO STIPULATED.

4

5    ____/s/ Ikenna Odunze_____          ___/s/ Kyle J. Hoyt_____

6    IKENNA ODUNZE                          KYLE J. HOYT
     Nevada Bar No. 9885                    Nevada Bar No. 14886
7    **ODUNZE & SWANIGAN**                  **JACKSON LEWIS P.C.**
     **ODUNZE PLLC**                        300 S. Fourth St., Suite 900
8    3651 Lindell Road, Suite D #142        Las Vegas, NV 89101
     Las Vegas, NV  89103                   Telephone: 702.9212457.2600
9    Tele: 702.943.0305                     E-Mail:  Kyle.Hoyt@jacksonlewis.com
10   E-Mail: ipo.odunzeswanigalaw@gmail.com
                                            EDWARD D. PERRIN, JR.
11   Attorneys for Plaintiffs               (admitted pro hac vice)
                                            JENNIFER R. POE
12                                          (admitted pro hac vice)
                                            **HALLETT & PERRIN**
13                                          1445 Ross Ave., Suite 2400
                                            Dallas, TX  15222-3112
14                                          Tele: 214.914.5150;
                                            E-Mail:  eperrin@hallettperrin.com
15
                                            Attorneys for Defendants
16                                          *Conduent Incorporated, Conduent Business*
                                            *Services, LLC, Xerox Corporation, and Xerox*
17                                          *HR Solutions, LLC*

18                                          ___/s/ Daniel B. Heidtke_____
                                            DANIEL B. HEIDTKE
19                                          Nevada Bar No. 12975
                                            **DUANE MORRIS LLP**
20                                          100 N. City Parkway, Suite 1560
                                            Las Vegas, NV 89106-4617
21                                          Tele: 702.868.2600; Fax:  702.385.6862
                                            E-Mail:  dbheidtke@duanemorris.com
22
                                            JAMES P. HOLLIHAN
23                                          *(pro hac vice motion to be filed)*
                                            **DUANE MORRIS LLP**
24                                          625 Liberty Ave., Suite 1000
                                            Pittsburgh, PA  15222-3112
25                                          Tele: 412.497.1040;  Fax:  412.202.4508
                                            E-Mail:  jphollihan@duanemorris.com
26
                                            *Attorneys for Defendants*
27                                          *Verizon Pension Plan for Associates; Verizon*
                                            *Employee Benefits Committee; Kevin*
28                                          *Cammarata; Verizon California Inc.; Verizon*

*Communications Inc.; Verizon Services Corp.;*
*and Verizon North LLC*

**IT IS SO ORDERED:**

_____

UNITED STATES DISTRICT JUDGE

DATED:___June 23, 2022___