~

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL A. VIDAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON PENSION PLAN FOR ASSOCIATES, et al.,<br><br>Defendants. | Case No.: 2:22-cv-00274-ART-BNW<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR MICHAEL A. VIDAL AND ESTATE OF EVA RAMOS (THROUGH ITS ADMINISTRATOR JESSICA CLEMENTE) TO FILE AN OPPOSITION AND RESPONSE TO ECF NO. 44 (THE DEFENDANTS' MOTION TO DISMISS) WHICH SUBJECT MOTION WAS FILED ON JUNE 17, 2022**<br><br>**(SECOND REQUEST)** |

Now come Plaintiffs Michael A. Vidal and Estate of Eva Ramos (through its Administrator Jessica Clemente) (hereinafter collectively "Plaintiffs"), Conduent Incorporated, Conduent Business Services, LLC, Xerox Corporation, and Xerox HR Solutions, LLC (hereinafter collectively the "Conduent Defendants"), and Defendants Verizon Pension Plan for Associates, Verizon Employee Benefits Committee, Kevin Cammarata, Verizon California Inc., Verizon Communications Inc., Verizon Services Corp., and Verizon North. LLC, (hereinafter collectively the "Verizon Defendants"), and pursuant to LR IA 6-1, LR IA 6-2, LR 7-1, LR 7-2, Federal Rule of Civil

Procedure Rule 6 and any other applicable rule needed to effectuate this stipulation hereby stipulate and agree concerning the above captioned case—Case No. 2:20-cv-00924-ART-BNW (hereinafter referred to as the "Case" or "instant matter")—as follows:

WHEREAS, *all* parties that have appeared in the Case—including Conduent Defendants, Verizon Defendants and the Plaintiffs (hereinafter the Conduent Defendants, Verizon Defendants and Plaintiffs are collectively referred to as the "Stipulating Parties")—agreed, consented and stipulated between themselves to the stipulations, agreements, caveats, terms and conditions presented and embodied in a preceding stipulation (ECF No. 32) filed by the Conduent Defendants on June 6, 2022 (hereinafter ECF No. 32 is referred to as the "June 6th SAO") as well as the stipulations filed-and-embodied in ECF No. 46 and ECF No. 47 and whereas the Stipulating Parties now stipulate that because nearly all the same issues concerning timing, overlapping of time demands, unavoidable unexpected legal commitments and judicial economy still persist and additionally the Plaintiffs' time to oppose (respond to) ECF No. 44 has been detracted from (and reduced) by overlapping discovery related (and discovery planning and discovery conferencing with the Conduent Defendants and Verizon Defendants) issues in this matter such that the Plaintiffs' time to oppose (and respond to) ECF No. 44 should be extended by another 17-days and that the Plaintiffs' (and Plaintiffs' counsels') time to oppose (and respond to) ECF No. 44 is enlarged and extended until the end of August 22, 2022;

WHEREAS, this Case's discovery period demands, discovery issues, discovery communication needs and discovery conferences have also already substantially displaced and cut into the Plaintiffs' time to prepare an opposition (and response) to ECF No. 44;

WHEREAS, the Stipulating Parties agreed, consented and stipulated to all stipulations, agreements, caveats, terms and conditions submitted to the Court in the June 6th SAO, ECF No. 46 and ECF No. 47 and whereas the aforesaid stipulations, agreements, caveats, terms and conditions were agreed and stipulated to—by the Stipulating Parties—in the June 6th SAO, ECF No. 46 and ECF No. 47 (on the record) and email correspondence (off the record) and whereas this stipulation is made in good faith and not made for purposes of delay (and whereas based on the June 6th SAO the Conduent Defendants and Verizon Defendants were permitted by the Court to file their first

responses in this Case within the extended stipulated period provided under the June 6th SAO [which each did on June 17, 2022]);

WHEREAS, the Conduent Defendants filed a motion to dismiss (ECF No. 44) (hereinafter referred to as the "Conduent MTD") on June 17, 2022 and in the Conduent MTD the Conduent Defendants also state they "join" the Verizon Defendants' preceding June 17, 2022 motion to dismiss (ECF No. 42);

WHEREAS, the Verizon Defendants also filed a motion to dismiss (ECF No. 42) (hereinafter referred to as the "Verizon MTD") on June 17, 2022 preceding the Conduent MTD and in the Verizon MTD the Verizon Defendants stated they "join" the Conduent Defendants' subsequent June 17, 2022 motion to dismiss (ECF No. 44);

WHEREAS, the Court by its Order (upon a first request)—in ECF No. 49—has set August 5, 2022 as the last date that the Plaintiffs' can file responses and oppositions to the Conduent MTD (ECF. No. 44);

WHEREAS, the Court by its Order (upon first request)—in ECF No. 48—has also set August 5, 2022 as the last date that the Plaintiffs can file responses and oppositions to the Verizon MTD. (ECF. No. 42);

WHEREAS, the Conduent MTD and Verizon MTD each recite they "join" the other, but still remain two separate motions to dismiss that must be responded to (with an opposition and/or response for each) but bear the same due dates for oppositions and responses respectively which periods fully overlap and run concurrently (simultaneously);

WHEREAS, because of other litigation of lead counsel for the Plaintiffs, unavoidable unexpected legal commitments, the dual overlapping motions-to-dismiss (one filed by Verizon Defendants and the other filed by Conduent Defendants respectively) filed by the defendants in this Case and a hand injury of lead counsel for the Plaintiffs (limiting certain hand use), and because nearly all the same issues concerning timing, scheduling, overlapping of time-and-demands and judicial economy still persist and additionally the Plaintiffs' time to oppose (and respond to) ECF No. 44 has been substantially detracted from (and reduced) by overlapping discovery related (and discovery planning and discovery conferencing with the Conduent Defendants and Verizon

Defendants) issues-and-demands in this matter such that the Plaintiffs' time to oppose (and respond to) ECF No. 44 (the Conduent MTD) should be enlarged by 17-days the Plaintiffs have requested (and the Verizon Defendants and Conduent Defendants have agreed to and stipulated to) a 17-day extension (and enlargement) of time until the end of **Monday August 22, 2022 PDT for the Plaintiffs** to file an opposition (and/or response) to the Conduent MTD (and *all* arguments therein. inclusive of but not limited to extending such period until the end of **Monday August 22, 2022 PDT to file** an opposition to the Conduent Defendants and any parties that joined the Conduent MTD);

WHEREAS, the Plaintiffs assert that the proposed requested 17-day extension from August 5, 2022 until the end of August 22, 2022 will allow the Plaintiffs to obtain the documents and information necessary to respond to (and oppose) the Conduent MTD and submit (and prepare) necessary filings;

WHEREAS, two different motions-to-dismiss were filed (by different defendants) in this Case on June 17, 2022 each respective motion with a due date to respond by August 5 2022 which means the time for the Plaintiffs to respond to and oppose each such respective motion fully overlaps the other (and 26f Conference times, discovery planning and drafting discovery related documents and discovery related stipulations), and whereas each of the two aforesaid motions respectively requires a separate response from the Plaintiffs;

WHEREAS, this stipulation is filed prior to the current August 5, 2022 due dates (deadlines) to oppose, and respond to the Conduent MTD (ECF No. 44) and the Verizon MTD (ECF No. 42);

WHEREAS, Fed. R. Civ. P. 6(b) requires the Court to approve an extension of time to file oppositions and responses, and therefore the Plaintiffs, Conduent Defendants, and the Verizon Defendants collectively respectfully request that the Court approve the stipulation, and HEREBY STIPULATE AND AGREE (and respectfully request that the Court GRANT and ORDER the relief requested hereunder) as set forth below:

    a. This is the Stipulating Parties' *second stipulation* for an enlargement of time for the Plaintiffs to file an opposition and response to the Conduent MTD (ECF. No. 44)(and to also oppose and respond to any party that joined the Conduent MTD);

b. The Stipulating Parties stipulate and agree that the deadline for the Plaintiffs to oppose and respond to the Conduent MTD (ECF No. 44) (including opposing the Conduent Defendants and any party who joins the Conduent MTD and any arguments the Conduent MTD has joined) shall be extended to 17-days from August 5, 2022 until the end of **Monday August 22, 2022 PDT** such that the Plaintiffs shall have until the end of **Monday August 22, 2022 PDT** to oppose and respond to the Conduent MTD and that respectfully the Court should grant such relief; and

c. This stipulation is made in good faith and not made for purposes of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| ____/s/ Ikenna Odunze_____<br>IKENNA ODUNZE<br>Nevada Bar No. 9885<br>**ODUNZE & SWANIGAN ODUNZE PLLC**<br>3651 Lindell Road, Suite D #142<br>Las Vegas, NV  89103<br>Tele: 702.943.0305<br>E-Mail: ipo.odunzeswanigalaw@gmail.com<br><br>Attorneys for Plaintiffs | _/s/ Kyle J. Hoyt_____<br>KYLE J. HOYT<br>Nevada Bar No. 14886<br>**JACKSON LEWIS P.C.**<br>300 S. Fourth St., Suite 900<br>Las Vegas, NV 89101<br>Telephone: 702.9212457.2600<br>E-Mail:  Kyle.Hoyt@jacksonlewis.com<br><br>EDWARD D. PERRIN, JR.<br>(admitted pro hac vice)<br>JENNIFER R. POE<br>(admitted pro hac vice)<br>**HALLETT & PERRIN**<br>1445 Ross Ave., Suite 2400<br>Dallas, TX   15222-3112<br>Tele: 214.914.5150;<br>E-Mail:  eperrin@hallettperrin.com<br><br>Attorneys for Defendants<br>*Conduent Incorporated, Conduent Business Services, LLC, Xerox Corporation, and Xerox HR Solutions, LLC* |

1
2        /s/ Daniel B. Heidtke
         DANIEL B. HEIDTKE
         Nevada Bar No. 12975
3        **DUANE MORRIS LLP**
         100 N. City Parkway, Suite 1560
4        Las Vegas, NV 89106-4617
         Tele: 702.868.2600; Fax: 702.385.6862
5        E-Mail: dbheidtke@duanemorris.com

6        JAMES P. HOLLIHAN
         *(pro hac vice motion to be filed)*
7        **DUANE MORRIS LLP**
         625 Liberty Ave., Suite 1000
8        Pittsburgh, PA 15222-3112
         Tele: 412.497.1040; Fax: 412.202.4508
9        E-Mail: jphollihan@duanemorris.com

10       *Attorneys for Defendants*
         *Verizon Pension Plan for Associates; Verizon*
11       *Employee Benefits Committee; Kevin*
         *Cammarata; Verizon California Inc.; Verizon*
12       *Communications Inc.; Verizon Services Corp.;*
         *and Verizon North LLC*
13

14
         **IT IS SO ORDERED:**
15
         [signature]
16       _____
         UNITED STATES DISTRICT JUDGE
17

18       DATED:  July 28, 2022

19
20
21
22
23
24
25
26
27
28

6
STIPULATION FOR EXTENSION