**IKENNA ODUNZE, ESQ.**
Nevada Bar No. 9885
ODUNZE & SWANIGAN
ODUNZE PLLC
3651 Lindell Road Suite D #142
Las Vegas Nevada 89103
Telephone No. 702-943-0305
Facsimile No. 702-943-0233
Email: ipo.odunzeswanigalaw@gmail.com
*Attorneys for Plaintiffs*
MICHAEL A. VIDAL and
ESTATE OF EVA RAMOS
(through its Administrator
JESSICA CLEMENTE)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL A. VIDAL, et al.,

,

              Plaintiffs,

      v.

VERIZON PENSION PLAN FOR
ASSOCIATES, et al.,

,

              Defendants.

**Case No.: 2:22-cv-00274-ART-BNW**

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PARTIES TO COMPLY WITH LR 26-1(a)**

**(FIRST REQUEST)**

Now come Plaintiffs Michael A. Vidal and Estate of Eva Ramos (through its Administrator

Jessica Clemente) (hereinafter collectively "Plaintiffs"), Conduent Incorporated, Conduent Business

Services, LLC, Xerox Corporation, and Xerox HR Solutions, LLC (hereinafter collectively the

"Conduent Defendants"), and Defendants Verizon Pension Plan for Associates, Verizon Employee

Benefits Committee, Kevin Cammarata, Verizon California Inc., Verizon Communications Inc.,

Verizon Services Corp., and Verizon North. LLC, (hereinafter collectively the "Verizon

Defendants") (the Verizon Defendants together with the Conduent Defendants are collectively

DM3\8880940.1

referred to as the "Served-Defendants"), and pursuant to Local Rules IA 6-1, 6-2, 7-2, Federal Rule

of Civil Procedure Rule 6, and any other applicable rule needed to effectuate this stipulation

(hereinafter this stipulation is referred to as the "Discovery-SAO") hereby stipulate and agree

concerning the above captioned case (Case No. 2:20-cv-00924-ART-BNW [hereinafter referred to as

the "Case" or "instant matter"]) as follows:

WHEREAS, Plaintiffs filed an initial complaint (ECF No. 1) on February 14, 2022;

WHEREAS, Plaintiffs last amended their complaint (ECF No. 10; hereinafter referred to as

"SAC") on March 8, 2022;

WHEREAS, the Conduent Defendants and the Verizon Defendants filed motions to dismiss

the SAC on June 17, 2022 (ECF Nos. 42 and 44 [hereinafter referred to as "MTDs"]);

WHEREAS, pursuant to LR 26-1 and Fed. R. Civ. P 26 *all* parties that have appeared in the

Case—including Conduent Defendants, Verizon Defendants and the Plaintiffs (hereinafter the

Conduent Defendants, Verizon Defendants and Plaintiffs are collectively referred to as the

"Stipulating Parties")---held a Rule 26(f) conference ("26f Conference") on July 14, 2022 and July

20, 2022;

WHEREAS, pursuant to LR 26-1, Fed. R. Civ. P. 26 and the Court's previous order a

proposed "stipulated discovery plan and scheduling order" is currently due on August 1, 2022;

WHEREAS, there over a dozen Stipulating Parties and the aforesaid Stipulating Parties

require more time for the completion of (and to comply with) LR 26-1(a)'s requirements;

WHEREAS, because of other litigation commitments (including but not limited to the

overlapping time needed to prepare and draft pleadings in this Case concerning the MTDs, inclusive

of the Plaintiffs drafting-and-preparing oppositions to the MTDs, and the Served-Defendants

drafting-and-preparing replies in support concerning their MTDs) of lead counsel for all of the

Stipulating Parties, as well as a pre-existing prepaid and pre-scheduled family trip of lead counsel for

2

DM3\8880940.1

the Conduent Defendants the week of July 24, 2022, the Stipulating Parties have agreed to request that the deadline for complying with LR 26-1(a) (which Rule includes a time for proposed "discovery plan and scheduling order" and initial disclosures) be enlarged and extended such that the time for filing and submitting a proposed "stipulated discovery plan and scheduling order" be enlarged and extended from August 1, 2022 to August 26, 2022 to submit initial disclosures be modified and extended to September 30, 2022 for all the Stipulating Parties;

WHEREAS this Discovery-SAO is made in good faith with good cause and not for the purpose of delay;

WHEREAS, no prior extensions of the deadline to comply with LR 26-1(a) have been requested;

WHEREAS, Fed. R. Civ. P. 6(b) requires the Court to approve the requested extension of time and therefore the Conduent Defendants, the Verizon Defendants and Plaintiffs collectively request that the Court approve the stipulation, and HEREBY STIPULATE AND AGREE (and respectfully request that the Court GRANT and ORDER the relief requested hereunder) as set forth hereunder:

a. This is the Stipulating-Parties' first stipulation for an enlargement of time to comply with LR 26-1(a);

b. That Stipulating Parties' time to comply with LR 26-1(a) be enlarged as follows: (i) the time for the parties to file their proposed stipulated discovery plan and scheduling order be extended until August 26, 2022 (if Stipulating Parties can not agree to a proposed stipulated discovery plan and scheduling order on that date then they should submit competing discovery plan and scheduling orders on that date); and (ii) the time for the Stipulating Parties to serve their initial Rule 26(a)(1) disclosures be extended to September 30, 2022

STIPULATION FOR EXTENSION

DM3\8880940.1

1       c.   This stipulation is made in good faith and not made for purposes of delay.

2

IT IS SO STIPULATED.

3

   */s/ Ikenna Odunze*                                /s/ *Kyle J. Hoyt*

4 IKENNA ODUNZE                                      KYLE J. HOYT

Nevada Bar No. 9885                        Nevada Bar No. 14886

5 **ODUNZE & SWANIGAN**                 **JACKSON LEWIS P.C.**

**ODUNZE PLLC**                          300 S. Fourth St., Suite 900

6 3651 Lindell Road, Suite D #142        Las Vegas, NV 89101

7 Las Vegas, NV  89103                    Telephone: 702.9212457.2600

Tele: 702.943.0305                      E-Mail:  Kyle.Hoyt@jacksonlewis.com

8 E-Mail: ipo.odunzeswanigalaw@gmail.com

                                         EDWARD D. PERRIN, JR.

9                                     (*pro hac vice* motion to be filed)

Attorneys for Plaintiffs               JENNIFER R. POE

10                                     (*pro hac vice* motion to be filed)

                                         **HALLETT & PERRIN**

11                                   1445 Ross Ave., Suite 2400

                                         Dallas, TX   15222-3112

12                                   Tele: 214.914.5150;

                                         E-Mail:  eperrin@hallettperrin.com

13

                                         Attorneys for Defendants

14                                   *Conduent Incorporated, Conduent Business Services, LLC, Xerox Corporation, and Xerox HR Solutions, LLC*

15

16

                                   **ORDER**

17                              **IT IS SO ORDERED**

18                              **DATED:** 10:41 am, August 01, 2022

19

20

21                              **BRENDA WEKSLER**

                                **UNITED STATES MAGISTRATE JUDGE**

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION

DM3\8880940.1