**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL A. VIDAL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VERIZON PENSION PLAN FOR ASSOCIATES, et al.,<br><br>　　　　Defendants. | Civil Action No.: 2:22-cv-00274-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL** |

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), all parties hereby stipulate to the dismissal of the above-captioned action with prejudice, with all parties to bear their own costs and attorney fees. The parties further stipulate that this stipulation of dismissal shall have no effect on the obligation of the Conduent Defendants to make payment to counsel for Plaintiffs in accordance with Paragraph 1(b) of the Parties' Settlement Agreement.

Dated: October 31, 2025　　　　　　　　　　　　　DUANE MORRIS LLP

　　　　　　　　　　　　　　　　　　　　By:　/s/ *James P. Hollihan*
　　　　　　　　　　　　　　　　　　　　　　Daniel B. Heidtke
　　　　　　　　　　　　　　　　　　　　　　James P. Hollihan

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　　　*Verizon Pension Plan for Associates; Verizon Employee Benefits Committee; Kevin Cammarata; Verizon California Inc.; Verizon Communications Inc.; Verizon Services Corp.; Verizon North LLC; and Verizon Sourcing LLC*

JACKSON LEWIS P.C.

By: /s/ *Deverie J. Christenson*
Deverie J. Christenson

HALLETT & PERRIN P.C.

By: /s/ *Edward P. Perrin, Jr.*
Edward P. Perrin Jr.

Attorneys for Defendants,
*Conduent Incorporated; Conduent Business Services, LLC, formerly known as Xerox Business Services, LLC; Xerox Corporation; Conduent HR Services, LLC, formerly known as Xerox HR Solutions, LLC; and Patricia Bryant.*

ODUNZE PLLC

By: /s/ *Ikenna Odunze*
Ikenna Odunze

Attorneys for Plaintiffs,
*Michael Vidal; and Estate of Eva Ramos (through its Administrator, Jessica Clemente)*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: November 4, 2025